

# In the Missouri Court of Appeals
# Eastern District

MAY 27, 2014

THE FOLLOWING CASES WERE AFFIRMED IN ACCORDANCE WITH RULE 84.16(b) OR RULE 30.25(b).

1.    ED99975    CHARLES NULL, RES V ERIC SNYDER, APP

2.    ED100113 JACOB JOHNSON, APP V STATE OF MISSOURI, RES

3.    ED100297 ALLEN NORWOOD, APP V STATE OF MISSOURI, RES

4.    ED100606 DEBORAH MORGAN, RES V. JAMES MORGAN, APP